THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Roscoe Gregg, Appellant.
 
 
 
 
 

Appeal From Marion County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2011-UP-204
 Submitted April 1, 2011  Filed May 4,
2011    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Deborah R. J. Shupe, all of Columbia; and
 Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Roscoe Gregg pled guilty to possession of
 cocaine, first offense.  On appeal, Gregg argues the trial court erred in
 accepting his guilty plea because no evidence was presented to prove the white
 substance was cocaine. We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: State v.
 Passaro,  350 S.C. 499, 505, 567 S.E.2d 862, 866 (2002)
 ("[A] guilty plea generally constitutes a waiver of non-jurisdictional
 defects and claims of violations of constitutional rights."); State v.
 Lopez, 352 S.C. 373, 378, 574 S.E.2d 210, 213 (Ct. App. 2002) (finding
 an issue must be raised to and ruled upon by the trial court in order to be
 considered on appeal). 
AFFIRMED.
HUFF, SHORT,
 and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.